**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

|  |  |
|---|---|
| JOSHUA COLE FOR DELEGATE,<br><br>    Plaintiff,<br><br>  v.<br><br>VIRGINIA STATE BOARD OF ELECTIONS,<br>*et al.*,<br><br>    Defendants. | Civil Action No. 1:17-cv-01295-CMH-MSN |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Joshua Cole for Delegate, by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice of the voluntary dismissal of the above-captioned action without prejudice. No opposing party in the above-captioned matter has served either an answer or a motion for summary judgment. As such, court approval of this dismissal is not required. *See id.*

Dated:  December 4, 2017

          Respectfully submitted,

          By  *Amanda R. Callais*
            Marc Erik Elias (admitted *pro hac vice*)
            Bruce V. Spiva (admitted *pro hac vice*)
            Amanda R. Callais (VSB No. 85891)
            Perkins Coie, LLP
            700 13th St. N.W., Suite 600
            Washington, D.C.  20005-3960
            Phone:  (202) 434-1627
            Fax:  (202) 654-9106
            Email: MElias@perkinscoie.com
            Email: BSpiva@perkinscoie.com
            Email: ACallais@perkinscoie.com

            *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on December 4, 2017, I filed the foregoing with the Clerk of the Court using the ECF System which will send notification of such filing to the registered participants as identified on the Notice of Electronic Filing.

Date:  December 4, 2017

*Amanda R. Callais*
Amanda R. Callais